UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ZENAIDA HERNANDEZ,<br><br>Plaintiff,<br><br>v.<br><br>MARIA E. MONTANEZ, MARK A. VERDINI, JONATHAN W. THOMAS, CARLOS M. GODEN, JR, and JANE DOE,<br><br>Defendants. | Civil Action No. 12-11062-FDS |

## DECLARATION OF DREW GLASSROTH

1. With Howard Friedman and David Milton, I am counsel for Plaintiff Zenaida Hernandez in this case. I am familiar with the facts and circumstances described herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of Plaintiff's First Set of Interrogatories to Defendants Montanez, Verdini, Thomas, Goden and Doe.

3. Attached hereto as Exhibit 2 is a true and correct copy of Plaintiff's First Set of Requests for the Production of Documents to Defendants Montanez, Verdini, Thomas, Goden and Doe.

4. Attached hereto as Exhibit 3 is a true and correct copy of Defendant Verdini's Response to Plaintiff's First Set of Interrogatories.

5. Attached hereto as Exhibit 4 is a true and correct copy of Defendant Thomas's Response to Plaintiff's First Set of Interrogatories.

6. Attached hereto as Exhibit 5 is a true and correct copy of Defendant Montanez's Response to Plaintiff's First Set of Interrogatories.

7. Attached hereto as Exhibit 6 is a true and correct copy of Defendant Goden's Response to Plaintiff's First Set of Interrogatories.

8.      Attached hereto as Exhibit 7 is a true and correct copy of Defendants' Response to Plaintiff's First Request for Production of Documents.

9.      Attached hereto as Exhibit 8 is a true and correct copy of the redacted Souza-Baranowski Correctional Center Daily Shift Roster produced by Defendants in response to Document Request 2. Defense counsel stated to me during our March 7 telephone conference that Defendant Verdini's name is contained in the redacted portion of the document.

10.     Attached hereto as Exhibit 9 is a true and correct copy of the redacted strip search log book produced by Defendants in response to Document Request 5.

11.     Attached hereto as Exhibit 10 is a true and correct copy of an order dated September 11, 2012 in the case *Cocroft v. Smith*, No. 10-40257-TSH (D. Mass.).

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge.

/s/ Drew Glassroth
Drew Glassroth

Date: March 20, 2013

**CERTIFICATE OF SERVICE**

I certify that on this day a true copy of the above document was served upon the attorney of record for each party via ECF.

Date: March 20, 2013     /s/ Drew Glassroth
                         Drew Glassroth