UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ZENAIDA HERNANDEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 12-11062-FDS |
| MARIA E. MONTANEZ, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER ON PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF RECORDED TELEPHONE CALLS

This matter is before the court on the "Plaintiff's Motion to Compel Production of Recorded Telephone Calls" (Docket No. 54), by which the plaintiff is seeking an order compelling the defendant to produce copies of recorded telephone calls between the plaintiff and Albert Jackson. After consideration of the parties' written submissions, as well as their oral arguments, the plaintiff's motion to compel is hereby ALLOWED as follows:

1. By **September 23, 2013**, the Department of Correction shall provide a copy of this Order to Mr. Jackson in order to notify him of the plaintiff's request for copies of the recorded telephone calls.

2. Any objection by Mr. Jackson to the production of the telephone calls shall be filed with the court by **September 30, 2013**. If no objection is received, the Department of Correction shall produce the requested recordings to the plaintiff by **October 7, 2013**.

3. The Department of Corrections shall also notify the plaintiff if, in connection with this litigation, it reviews any other telephone conversations in which the plaintiff participated. This is a continuing obligation on the part of DOC.

|  |  |
|---|---|
| DATED: September 16, 2013 | / s / Judith Gail Dein<br>Judith Gail Dein<br>United States Magistrate Judge |