**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Zenaida Hernandez

_____
Plaintiff(s)

V.

Maria E. Montanez, et al.,
_____
Defendant(s)

CIVIL ACTION

NO.   12-cv-11062-FDS

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE     Dennis Saylor

[ ]   The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ ]   On   September 23, 2014   I held the following ADR proceeding:

|         | SCREENING CONFERENCE |         | EARLY NEUTRAL EVALUATION |
|---------|----------------------|---------|--------------------------|
|   X     | MEDIATION            |         | SUMMARY BENCH / JURY TRIAL |
|         | MINI-TRIAL           |         | SETTLEMENT CONFERENCE    |

All parties were represented by counsel.  Plaintiff was present.

The case was:

[ X ]   Settled.  Your clerk should enter a 60 day order of dismissal.

[ ]   There was progress.  A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement:
_____
_____

  9/30/14                                    /s/ Page Kelley
_____                            _____
DATE                                         ADR Provider
                                             U.S.M.J. Page Kelley

(12-cv-11062-FDS - Hernandez v. Montanez ADR Report.wpd  - 4/12/2000)
[adrrpt.]