UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 12-11062-FDS

ZENAIDA HERNANDEZ,
    Plaintiff,

v.

MARIA MONTANEZ, et al.,
    Defendants.

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the plaintiff, Zenaida Hernandez, and the defendants, Anthony Mendonsa, Jonathan Thomas, Carlos Goden, Mark Verdini, and Maria Montanez, hereby stipulate, consent, and agree that the above-captioned action is dismissed with prejudice, with each party bearing its own costs, and waiving any right of appeal.

    RESPECTFULLY SUBMITTED,

| For the Plaintiff, | For the Defendants, |
|---|---|
| By her attorneys, | By their attorneys, |
|  |  |
|  | NANCY ANKERS WHITE |
|  | Special Assistant Attorney General |
| Howard Friedman, BBO #180080 |  |
| Drew Glassroth, BBO #681725 | C. Raye Poole, BBO #632719 |
| Law Offices of Howard Friedman, P.C. | Department of Correction |
| 90 Canal Street, 5th Floor | Legal Division |
| Boston, MA 02114 | 70 Franklin Street, Suite 600 |
| (617) 742-4100 | Boston, MA 02110 |
| hfriedman@civil-rights-law.com | (617) 727-3300 ext.1147 |
| dglassroth@civil-rights-law.com | CRPoole@doc.state.ma.us |
|  |  |
| Dated: October 30, 2014 | Dated: November 10, 2014 |